

Same case below, 332 Fed. Appx. 842.

Same case below, 357 Fed. Appx. 953.

**No. 09-9134. John B. Mardesich, Petitioner v. Washington.**

559 U.S. 1076, 130 S. Ct. 2108, 176 L. Ed. 2d 737, 2010 U.S. LEXIS 3374.

April 19, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 1, denied.

**No. 09-9147. Michael R. Casey, Petitioner v. Peter Harvey.**

559 U.S. 1076, 130 S. Ct. 2109, 176 L. Ed. 2d 737, 2010 U.S. LEXIS 3319.

April 19, 2010. Petition for writ of certiorari to the Supreme Court of New Jersey denied.

**No. 09-9138. Carson Darnell Combs, Petitioner v. Dennis Pedersen, Sheriff, Monroe County, Wisconsin.**

559 U.S. 1076, 130 S. Ct. 2108, 176 L. Ed. 2d 737, 2010 U.S. LEXIS 3446.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 351 Fed. Appx. 130.

**No. 09-9150. Gloria D. Smith, Petitioner v. Estes Express.**

559 U.S. 1076, 130 S. Ct. 2109, 176 L. Ed. 2d 737, 2010 U.S. LEXIS 3291,

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 330 Fed. Appx. 52.

**No. 09-9139. Roy Dixon, Petitioner v. Palm Beach County Parks and Recreation Department.**

559 U.S. 1076, 130 S. Ct. 2108, 176 L. Ed. 2d 737, 2010 U.S. LEXIS 3458.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 343 Fed. Appx. 500.

**No. 09-9151. Michael A. Smith, Petitioner v. Missouri.**

559 U.S. 1076, 130 S. Ct. 2109, 176 L. Ed. 2d 737, 2010 U.S. LEXIS 3294.

April 19, 2010. Petition for writ of certiorari to the Court of Appeals of Missouri, Southern District, denied.

**No. 09-9140. Steven Crain, Petitioner v. Clark County Public Defender, et al.**

559 U.S. 1076, 130 S. Ct. 2109, 176 L. Ed. 2d 737, 2010 U.S. LEXIS 3324,

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9167. Raymond L. Semler, Petitioner v. Donna Finch.**

559 U.S. 1076, 130 S. Ct. 2109, 176 L. Ed. 2d 737, 2010 U.S. LEXIS 3362,

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.